UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF RHODE ISLAND,<br>   Plaintiff,<br><br>v.<br><br>ALON REFINING KROTZ SPRINGS, et al.,<br>   Defendants. | No. 1:16-CV-00495-S |

## CORPORATE DISCLOSURE STATEMENT OF EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, AND MOBIL CORPORATION

Exxon Mobil Corporation is a publicly held corporation, shares of which are traded on the New York Stock Exchange under the symbol XOM. Exxon Mobil Corporation has no parent corporation, and no entity owns more than 10% of its stock. ExxonMobil Oil Corporation is wholly owned by Mobil Corporation, which is wholly owned by Exxon Mobil Corporation.

              Respectfully submitted,

              EXXON MOBIL CORPORATION,
              EXXONMOBIL OIL CORPORATION, and
              MOBIL CORPORATION
              By their Attorneys,

              */s/ Matthew T. Oliverio*
              Matthew T. Oliverio, Esquire (#3372)
              OLIVERIO & MARCACCIO LLP
              55 Dorrance Street, Suite 400
              Providence, RI 02903
              (401) 861-2900
              mto@om-rilaw.com

              Deborah E. Barnard, Esquire (*admitted pro hac vice*)
              HOLLAND & KNIGHT LLP
              10 St. James Avenue
              Boston, MA 02116
              (617) 619-9240
              deborah.barnard@hklaw.com

James A. Pardo, Esquire (*admitted pro hac vice*)  
MCDERMOTT WILL & EMERY  
340 Madison Avenue  
New York, NY 10173  
(212) 547-5353  
jpardo@mwe.com

Dated: December 14, 2016

## CERTIFICATE OF SERVICE

    I hereby certify that on December 14, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic service. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

    */s/ Matthew T. Oliverio*