## UNITED STATES DISTRICT COURT
### DISTRICT OF RHODE ISLAND

*State of Rhode Island,*

    **Plaintiff,**

**vs.**

*Alon Refining Krotz Springs, et al.,*

    **Defendants.**

**Case No. 16-CIV-495**

### NOTICE OF RULE 41(a)(1)(i) DISMISSAL OF DEFENDANT ASHLAND INC.

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, by counsel, hereby dismisses without prejudice Ashland Inc. from the above-captioned action, with each party to bear its own costs.  Plaintiff reserves all other rights against all other defendants.

Dated:  December 15, 2016

Carla Burke Pickrel
Celeste Evangelisti
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
(214) 521-3605

Robert J. Gordon
Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925

*Attorneys for Plaintiff State of Rhode Island*