**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF RHODE ISLAND,                          :

                    Plaintiff,             :

            v.                            :          C.A. NO.:  1:16-CV-00495-S

ALON REFINING KROTZ SPRINGS, *et al.*,          :

               Defendants.            :

                                       :

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED between plaintiff the State of Rhode Island and the undersigned defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action shall hereby be dismissed, without prejudice, with each party bearing its own costs and attorney's fees.

Dated:  March 13, 2017

                         STATE OF RHODE ISLAND

                         By its attorney,

                         PETER F. KILMARTIN
                         ATTORNEY GENERAL

                         /s/ Neil F.X. Kelly

                         _____

                         Neil F.X. Kelly (Bar No. 4515)
                         Assistant Attorney General
                         150 South Main Street
                         Providence, Rhode Island 02903
                         Tel: (401) 274-4400 ext. 2284
                         Fax: (401) 222-3016

                         nkelly@riag.ri.gov

                         EXXON MOBIL CORPORATION,
                         EXXONMOBIL OIL CORPORATION, and
                         MOBIL CORPORATION

By their attorneys,


/s/ *Matthew T. Oliverio*
Matthew T. Oliverio (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
mto@om-rilaw.com

Deborah E. Barnard (*admitted pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 619-9240
deborah.barnard@hklaw.com

James A. Pardo (*admitted pro hac vice*)
MCDERMOTT WILL & EMERY
340 Madison Avenue
New York, NY 10173
(212) 547-5353
jpardo@mwe.com

2

ATLANTIC RICHFIELD and
BP PRODUCTS NORTH AMERICA INC.

By their attorneys,

*/s/ John A. Tarantino*
John A. Tarantino (#2586)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
401-274-7200
jtarantino@apslaw.com

J. Andrew Langan (*admitted pro hac vice*)
Andrew R. Running (*admitted pro hac vice*)
Bradley H. Weidenhammer (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312-862-2412
alangan@kirkland.com
arunning@kirkland.com
bweidenhammer@kirkland.com

3

CITGO PETROLEUM CORP.,
CITGO REFINING AND CHEMICALS
COMPANY, L.P., and PDV MIDWEST
REFINING, L.L.C.

By their attorneys,

/s/ Lisa S. Meyer
John E. Bulman (#3147)
Stephen J. MacGillivray (#5416)
PIERCE ATWOOD LLP
72 Pine Street
5th Floor
Providence, RI 02903
401-490-3435
jbulman@pierceatwood.com
smacgillivray@pierceatwood.com

Nathan P. Eimer (*admitted pro hac vice*)
Pamela. R. Hanebutt (*admitted pro hac vice*)
Lisa S. Meyer (*admitted pro hac vice*)
EIMER STAHL LLP
224 S. Michigan Avenue, Suite 1100
Chicago, Illinois  60604
312-660-7600
neimer@eimerstahl.com
phanebutt@eimerstahl.com
lmeyer@eimerstahl.com

COASTAL EAGLE POINT OIL COMPANY

By its attorney,

*/s/ Mark P. Dolan*
Mark P. Dolan (#3280)
RICE DOLAN AND KERSHAW
72 Pine Street, Suite 300
Providence, RI 02903
401-272-8800
mdolan@ricedolan.com

James Messenger (*pro hac vice pending*)
GORDON & REES SCULLY MANSUKHANI
21 Custom House Street, 5th Floor
Boston, Massachusetts 02110
617-902-0098
jmessenger@gordonrees.com

CONOCO PHILLIPS COMPANY

By its attorney,

*/s/ Robert G. Flanders, Jr.*
Robert G. Flanders, Jr. (#1785)
WHELAN, CORRENTE, FLANDERS,
KINDER & SIKET LLP
100 Westminster Street
Suite 710
Providence, RI 02903
401-270-0154
rflanders@whelancorrente.com

Mary Rose Alexander (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 N. Wabash Ave.
Suite 2800
Chicago, IL 60611
312-876-7700
mary.rose.alexander@lw.com

Matthew D. Thurlow (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 11th Street NW
Suite 1000
Washington, DC 20004
202-637-1051
matthew.thurlow@lw.com

6

EQUILON ENTERPRISES LLC, MOTIVA
ENTERPRISES LLC, SHELL OIL
COMPANY, SHELL OIL PRODUCTS
COMPANY LLC, SHELL PETROLEUM
INC., SHELL TRADING (US) COMPANY
AND TMR COMPANY

By their attorneys,


*/s/ Shanna M. Boughton*
Bethany M. Whitmarsh (#7318)
Shanna M. Boughton (#8283)
LECLAIRRYAN
400 Westminster Street
Suite 48
Providence, Rhode Island 02903
Phone: 401.214.0097
Fax: 401.214.1141
bethany.whitmarsh@leclairryan.com
shanna.bougjhton@leclairryan.com

HIGHLANDS FUEL DELIVERY, LLC and
IRVING OIL LIMITED

By their attorneys,

*/s/ Gerald J. Petros*
Gerald J. Petros (#2931)
Ryan M. Gainor (#9353)
HINCKLEY ALLEN
100 Westminster Street
Suite 1500
Providence, RI 02903
401-274-2000
gpetros@hinckleyallen.com
rgainor@hinkcleyallen.com

Glenn J. Pogust (*admitted pro hac vice*)
James F. Herschlein (*admitted pro hac vice*)
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
212-836-7801
glenn.pogust@kayescholer.com
james.herschlein@kayescholer.com

8

PAULSBORO REFINING COMPANY, LLC, ULTRAMAR ENERGY, INC., VALERO ENERGY CORP., VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING-TEXAS, L.P., and THE PREMCOR REFINING GROUP

By their attorneys,

/s/ Benjamin C. Caldwell
Benjamin C. Caldwell (#8106)
Paul M. Sanford (#2997)
BURNS & LEVINSON, LLP
One Citizens Plaza
Suite 1100
Providence, RI 02903
401-831-8330
bcaldwell@burnslev.com
psanford@bursnlev.com

James F. Bennett (*pro hac vice pending*)
Erika Anderson (*pro hac vice pending*)
Kelly J. H. Murrie (*pro hac vice pending*)
DOWD BENNETT, LLP
7733 Forsyth Blvd. Suite 1900
St. Louis, MO  63105
(314) 889-7300
jbennett@dowdbennett.com
eanderson@dowdbennett.com
kmurrie@dowdbennett.com

ALON REFINING KROTZ SPRINGS, HESS CORPORATION, MARATHON OIL COMPANY, MARATHON PETROLEUM COMPANY and SUNOCO, INC. (R & M)

By their attorneys,

*/s/ Robert D. Fine*
Robert D. Fine (#2447)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
401-453-6400 ext. 115
rfine@crfllp.com

TOTAL PETROCHEMICALS AND REFINING USA, INC.

By their attorneys,

*/s/ Jeffrey M. Padwa*

Jeffrey M. Padwa (#5130)
DARROWEVERETT LLP
One Turks Head Place
Suite 1200
Providence, Rhode Island 02903
Telephone: (401) 453-1200
Telecopier: (401) 453-1201
jpadwa@darroweverett.com

BRACEWELL LLP
Amy E. Parker (*admitted pro hac vice*)
Christopher L. Dodson (*admitted pro hac vice*)
Carlton D. Wilde III (*admitted pro hac vice*)
711 Louisiana St., Suite 2300
Houston, Texas 77002-2770
Telephone:  (713) 221-1119
Telecopier:  (713) 221-1212
amy.parker@bracewelllaw.com
chris.dodson@bracewelllaw.com
cd.wilde@bracewelllaw.com

11